UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

~~United States Di~~strict Court
Southern District of Texas
**ENTERED**
May 17, 2016
David J. Bradley, Clerk

| | |
|---|---|
| TED LAWRENCE ROBERTSON, § <br> Petitioner, § <br> § <br> v. § <br> § <br> LORIE DAVIS, § <br> Director, Texas Department of Criminal § <br> Justice, Correctional Institutions Division, § <br> Respondent. § | CIVIL ACTION NO. 4:15-CV-03630 |

## Order of Adoption

On April 20, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 15). No timely objections have been filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is dismissed with prejudice. The court will issue a separate final judgment.

Signed _May 16_, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge